Form otfrcase

## UNITED STATES BANKRUPTCY COURT

Central District of Illinois
216 Federal Building
100 N.E. Monroe St.
Peoria, IL 61602-1003

*In Re:* Jerry Dale Owens
　　　　*Debtor(s)*

*Case No.:* 09-80469　　　　　　　　　　　*Chapter:* 7

## *ORDER*

**IT IS HEREBY ORDERED** that the above captioned case is transferred to Northern District of IL, Eastern Division, Chicago Office.

Entered: 2/23/09

　　　　　　　　　　　　　　　　/S/
　　　　　　　　　　　　　　　Thomas L. Perkins
　　　　　　　　　　　　　　　U.S. Bankruptcy Judge

Go to *www.ilcb.uscourts.gov* for information regarding this court's *mandatory* electronic filing policy.



A TRUE COPY ATTEST:
By /s/
Pamela C. Sherry, Clerk
U. S. Bankruptcy Court
Central District of IL
Date: 2/23/09